U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 11 2022
CLERK, U.S. DISTRICT COURT
By_______ Deputy

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

Continued Please place the number from other

Steve Montemayor #40498
Plaintiff's Name and ID Number

now T.D.C.J. & Tom Green County Jail
Place of Confinement

CASE NO. 6:21-CV-076-C
(Clerk will assign the number)

v.

T.D.C.J. Huntsville Tx Box 99
Defendant's Name and Address

Tom Green County Jail 4382 n US Highway 277
Defendant's Name and Address

All of State of Texas Businesss too (Computer/solar/Satellite) too
Defendant's Name and Address
( DO NOT USE "ET AL.")

There is a Steve Montemayor Law? They here in San Angelo - Texas are giving me danger - My Life is in Danger...

INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

I have been told numerous of times not to come back to San Angelo Tx. Through Com/solar/Sat. - & to kill myself only through / I will not have to take the Lawsuits medication after my Lawsuits Decl... order... Doctors will be there too.

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _/_NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit:______
2. Parties to previous lawsuit:
   Plaintiff(s)______
   Defendant(s)______
3. Court: (If federal, name the district; if state, name the county.)______
4. Cause number:______
5. Name of judge to whom case was assigned: ______
6. Disposition: (Was the case dismissed, appealed, still pending?) ______
7. Approximate date of disposition:______

II. PLACE OF PRESENT CONFINEMENT: ______________________

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT: will be on seperate page

A. Name and address of plaintiff: grievance ladies will be there from T.D.C.J. who I spoke to in T.D.C.J. while I was in T.D.C.J. doing time

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: ______________________

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______________________

Defendant #2: ______________________

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______________________

Defendant #3: ______________________

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______________________

Defendant #4: ______________________

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______________________

Defendant #5: ______________________

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______________________

Parole [illegible] Johnson I am not suppose to be on Parole #40498 • They went in & cleaned up after - They gave statement not charges no one got hurt nor took ambulance The Police said camera showed I did not have knife

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was jumped by 5-6 men

Since I have been in jail all they do is ask questions upon all Civil & Federal Lawsuits - demanding to make agreements on to all Lawsuits - I am not suppose to be on Parole to Bond-Out nor am I suppose to be in jail - They are not suppose to finger-print me at all through life .... There is no need for me to have an assigned Attorney - This was a set up - my 4th Constitutional Right - is being Discriminated & Perjury - This not a Dispute Everyday while I'm in a one man cell like Estelle 2

Parole Parole lady in Beebs, CRess & my life is being framed in Amarillo ... Also Federal Lil Colm did tell me - I do not give him half of everything I have civil Lawsuits & Federal Lawsuits plus Royalties I will have to do all of my time in Estelle 2 too; Lil Safety Brown will tell you in Court grievance Nichols of Huntsville Tx while I was there ...

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"as told" dispunge all Record & pay me too they will all tell on one another & them selves jail will not give me • Please excuse me I do not have paper •

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Steve, Steven, Smooth G Q & now Z for Zillionaire A gentleman qualities, I have [illegible] [illegible] through nation

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#819126 #104, #7, #107 " " " Parole - I am not suppose to be #2024386 & now #40498 •

Steve Henshaw Paid guard to [illegible] Jobs on Potter County — In Estelle 2 I am being harassed here stalking me everyday

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Prison Inmate on #2024386

2. Case number: ______

3. Approximate date sanctions were imposed: ______

4. Have the sanctions been lifted or otherwise satisfied? Steve Henshaw Paxton ____YES ✓ NO

Todd Simmons He is - not Attorney who sentenced me

The Parole Court on #40498 I do have recordings of - Court - The Det. Hernandez & Police Officers were totally wrong (all) (diffe people)

& * Judge Penny Roberts I fired did - tell me she changed all charges to go to T.D.C.J. ETAL • every time * D.L#1710458 #1710948

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________
2. Case number: ____________
3. Approximate date warning was issued: ____________

Executed on: 1-8-22
DATE

Steve Montemayor
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 8th (Day) day of Jan 1 (month), 20 2022 (year)

Steve Montemayor
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

ETAL on my #819126 has been dispunged through all of my Civil & Federal Courts - I need my $ money, my Corvettes, white Cadillac, Iroc, Lexus, Black on Black Cadillac my Escalades - truck & SUV. Porsche all vehicles plus All of Corvette Country & Everything in Las Vegas & Money underground - Melvin grey told me and He is still alive...plus plus all Bluff Homes in San Angelo TX. ETAL plus

which I have Civil Lawsuits I'm taking Everything...

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain

Message-Id:<13703559@txnd.uscourts.gov>
Subject:Activity in Case 6:21-cv-00076-C Montemayor v. Tom Green County Detention Facility et al Order And Notice of Deficiency
Content-Type: text/plain

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing

The following transaction was entered on 1/4/2022 10:32 AM CST and filed on 1/4/2022

Case Name: Montemayor v. Tom Green County Detention Facility et al
Case Number: 6:21-cv-00076-C
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?356896

Filer: Steve Montemayor

Document Number: 6

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177114815412?caseid=356896&de_seq_num=32&magic_num=MAGIC

Docket Text:
FILING FEE DEFICIENCY ORDER: Steve Montemayor must address the following deficiency: Pay the $402.00 filing fee or file an Application to Proceed In Forma Pauperis with a certified copy of the inmate trust account and a signed copy of the Authorization portion of the Certificate of Inmate Trust Account. Failure to file the required documents will result in a denial of informa pauperis status and and a dismissal

of Plaintiff's complaint for want of prosecution without further notice, unless the filing fee of $402.00 is timely paid. Deadline to cure the deficiency is Twenty (20) days. (Ordered by Senior Judge Sam R Cummings on 1/4/2022) (dsr)

6:21-cv-00076-C Notice has been electronically mailed to:

6:21-cv-00076-C Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:

ETAL All TDCJ #s ETAL Again - Steve Paxton/Henshow I fired $ Judge Penny Roberts (I fired) in Society $ T.D.C.J. did tell on themselves - they paid for me to go to T.D.C.J. $ changed changed my charges in jail; They both know ↑ They both told me - they are going to Prison

Steve Montemayor
#40498
Tom Green County Detention Facility
4382 N. US Highway 277
San Angelo, TX 76905

ETAL through jail $ all T.D.C.J. #s

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=1/4/2022] [FileNumber=13703557-0]
[40fe3162851a4cbf69db833cff529219541a3382eee82896e12a26aa7146549b5f5d0af7f68f6b7
55acf04c4f18d46daf6b74f769b78ac9b0dbfb763b376a157]]

ETAL ← upon question Relief: 3 on Paragraph - Relief numbers (jail $ T.D.C.J.)

Page - number 4 Parole Jan Johnson knows I am not suppose to be on Parole #2024386 - She does ask me - how are your/my Lawsuits (civil $ Federal) going along again - she/I know Lawsuits on 61.0002 - medications after Lawsuits/she said I do not have to take MHMR ANAKE you are not suppose to be on Parole $ Mrs. Maria Scarlett also known/there as she asked - Mrs. Parole Baabs, Parole - Mr. Cress knowing too ; Also, on same number - Federal Lil John I fired telling me - I do not give him half of everything I do have I will have issues and go back to T.D.C.J. $ do all of my time on Estelle 2 number too upon my Royalties and my Federal $ Civil Lawsuits He is demanding after stealing 14,000 Trillion from me and Lil. Safety Brown plus other Witness's will be there too plus Grievance Lady Nichols of Huntsville, Tx.; The Parole Court on #40498 - I do have Recordings with Parole Attorney Ernest Scott of Abilene, Tx - 342 Chestnut 76902 - The Detective Hernandez was the wrong Read Back

(He worked - Henrys Rest / The Right Det. Hernandez plays golf & his wife works for me Verizon)

~~Det~~ Detective and The Police Officer were the wrong | I own

Police who were there the night I was arrested - me

MHMR Tara Screen Doctor asked me how are my Lawsuits do I need sleeping pills

being here today plus I am Disabled - I wear a stabilizer

& use a cane awaiting for knee replacement - Dr. Stark

will be there in Court - Lawsuit - from Abilene, Tx. (Abilene Bone

and Joint) - The Lady I was married to ~~told me~~

use to be a Police Officer - she told me - Self Defense

Anake MHMR says I do not have to take after Lawsuits, I'm also on Medication MHMR

I was jumped by 5-6 men swinging my cane - The Police

said the cameras did not have me with a knife and

nobody was hurt except my broken Ribs - The men

who was caught jumping me are related to each

other - did say/tell statement only not charged charges

again did tell their statement (only) nobody was hurt

did not take Ambulance Dove Creek they went inside

cleaned up as they mentioned & went on to

their business - The men who were caught (jumping me)

are related to one another - Conflict of Interest

(& upon their story jumping me - they are related to one another their say against mine)

and Improper Intained with the wrong Police

Officers & Detective Hernandez in Parole Court.

Todd Simmons is an Inmate (Prison) sentenced ETAL

me on #2024386 - He is not an Attorney - my sister Bondsman Erica Torres

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**Instructions to a Prisoner *Pro Se* Plaintiff**

Your suit ______________________ was filed on __________ and has been assigned case number 6:21-Cv-076 C

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1. **Filing Procedures** - The Local Civil Rules include the following requirements:

   - You must submit a judge's copy (a paper copy) of any document you file. If you want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.

   - You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2. **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. Promptly file a written change of address notice in your case.

3. **Rules to Follow** - You must read and follow the Court's Local Civil Rules and the Federal Rules of Civil Procedure. Because the presiding judge is authorized to change how certain rules apply, you must read and follow the judge's orders in your case.

4. **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5. **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6. **Copies to Defendant** - After a defendant has been served your complaint, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is pro se). You must serve the opposing side by mail or another manner authorized by FED. R. CIV. P. 5 (b)(2). All documents must contain a Certificate of Service reflecting that you served the opposing side. This is an example of language you may use:

   - I hereby certify that on (Date), I forwarded a copy of the foregoing document to __________, the attorney for (Defendant) at the address of __________. I am my own Attorney /Signature/ Steve Montgomery

7. **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8. **Questions About Your Case** - Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.

~~Thank you I will tell you how much I will get in Court.~~

YES - with Witness ETAL I feel I do not want to kill myself in the cell - 8-2 now. I take medications MHMR - Anake/scarlett; then Estelle now Tom Green County Jail. I told/tell them on grievances - The Computer/Solar/Satellite, & I am being spit on by jail guards ETAL. Federal Murre tells me - He Rather me kill myself then Him kill me,

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

I will only have turned off Computer/Solar/Satellite

ETAL There is a Steve Montemayor Law ETAL

& The State of Washington D.C. taught me how to use the... word Improper Intained Rather than you do not use Propal Cause #40498 - nobody can use

Steve Montemayor
Plaintiff

ETAL V. ETAL V. All Electric Water Companies ETAL - oil & gas Canada to Texas - V. State of Texas Companies, D.A.'s All Enfinerys, All oil Companies, All Judges & Attorneys are not Real. [State & Federal]

v. All Banks-Texas, C.I.A., Federal, Secret Service, goodfellow Airforce Intelligence, all of Business, All Texas T.D.C.J., State, Cities, Counties, Municiple Court, Civil Action No. 6:21-CV-076-C, All Texas Real Estate Companys, Firestone Tire, Marine Corp., Navy, Army, Airforce, National Guards, & All - Services, Probation of Texas, Parole of Texas, D.P.S., All Comissary of Texas [State and Federal]/San Angelo Tx.

Defendant Jails - T.D.C.J. of Texas, & Computers, Postmaster, All Telephone of Prison & Federal Institutions, Postoffice of San Angelo Tx & T.D.C.J. and Federal Institution, Bill Gates - Google of San Angelo Texas, 1983 Form wrote in San Angelo Texas, Farmers Insurance, All Television Network of San Angelo Tx Fox,

## COMPLAINT

Lawsuits/other countries too, Lawsuits on - Russia calls it Cyber

ETAL Freedom of the Speech Computer, Solar, Satellite Freedom of the Speech, Money Laundering Lawsuits, Rico Act Lawsuits, Tax Invasion Lawsuits, Racketeering Lawsuits, Murder Lawsuits, Mineral Right Lawsuits, Martial Law Lawsuits, I am no Decoy Lawsuits, Aggrevated Extortion Lawsuits, Agg. Assault Lawsuits, Harrassing me, Stalking me Lawsuits, Candid Camera Lawsuits, Pe Pe-Tom Lawsuits, My Life Being Framed Lawsuits, Quantum leap Lawsuits, Right of Domaine Lawsuits, 1983 Form Lawsuits, Lawsuits on - Same Individuals Involved & admitted too... Killing my father Elvis Montemayor in 1982 in Galveston, Texas, Sleep Divipation Lawsuits, Lawsuits - you know... I'm Compitent not Incompetent... I am not suppose to be fingerprinted at any time of my life time Lawsuits, Mortgages Lawsuits, Miranda Right Lawsuits, Hostage Lawsuits, Illegal Rambeling/Rambleing Lawsuits, Lawsuits, Envasion my Privacy Lawsuits, Negliction 61.0002 Lawsuits - Humanity - Safety Lawsuits - Medical Lawsuits, White Collar Lawsuits, Hate Crime Lawsuits, grandparent Lawsuits - Right Lawsuits (me & my Parents) Lawsuits,

again All State of Texas Banks going Bankrupt, Liberty mutual Insurance, All oil & gas Electric, & water in Canada Country, I own all of the State of Texas plus more Civil & Fed. Lawsuits after I am finished in Texas & out ETAL

• Through the Years • all of my 9th Constitution, Lawsuits - Parent Rights, My Life is being framed, Right state of Lawsuits, on All of my 25 Constitutional Rights, Corruption Lawsuits, Lawsuits Belamy, Begemy, Bribery, Lawsuits,

orange powder on feets Lawsuits

* Attach additional pages as needed.

Thank You California,

Date 8-10-22

Lawsuits Agg. Extortion, Using my Idendity all my life, 4th ~~Constitution~~ Lawsuits

ETAL There's no Conflict of Interest

Signature Steve Montemayor

Discriminate Constitutional Right,

Print Name Steve Montemayor

Code 61.0002 & Perjury Lawsuits, (other States) Infinity Lawsuits

Address 4382 N. US Highway 277 Lawsuits - Parole and Probation,

ETAL skitzo-frene

City, State, Zip San Angelo, Tx. 76905

skitzo-frenic changing moods, 1st Constitutional Right Lawsuits on - Deliberate, Indifference, Pain, Suffering, Knee Replacement

Parents T.D.C.J. El Paso Tx minor stroke,

Telephone

Thyroids, loss of weight, making me have arthritis, making me go crazy, brain damage, loss of muscle, Negliction, changing mood, changing my vocabulary, making facial reactions, body movements,

ETAL You did not EVER give me my money nor Royalties in life - EVER... ETAL

1st Constitutional Right above is on Computer/Solar/Satellite

They already & have been calling me the Zillionaire ...

ETAL As they tell me again... These Individuals apologized who I fired and they all know they are going to prison; ETAL Every Judge who sentenced • plus • as mentioned VERSES (V.) me I fired through Grievences and Good People who listen -

ETAL They admitted to paying & changing my Record & being sent to T.D.C.J. ETAL since 1997-2022 & nobody / no one will have Lawsuits until I finish mine & nobody / no one will use my words - until I find out whom they are out to be - they are to dirty in San-Angelo, Tx. making their own Lawsuits ETAL • & Elsewhere...

Thank-You ETAL & Gracias A Dios to Spain • ETAL

& Because of the fact how San Angelo Tx. treats me • You Congradulated me - ETAL -(six) 6 months ago while I was there upon everything... ETAL; I was not suppose to be in Prison - T.D.C.J. they tell me & others they will lose me again & send me back ETAL...

ETAL I fired Pat Attiberry & she told me under every Wells Fargo Bank and through - I Steve Montemeyer owns the money and different from my Federal Lawsuits ETAL much more then Z's

ETAL Please Remember after the China Garden & other Oriental I have down - then The State of California is first; Thank-You ETAL

ETAL Please make my - Civil & Federal Lawsuit Court Empty. ETAL

Lawsuits After me - Witness's

● I fired everyone ● ETAL I am myown Attorney - and I am being questioned every night and day upon all of my Civil and Federal Lawsuits; Again...

jail They Courts state Retaliate Double Jeopardy every night & day;

Steve Montemayor #40498
Tom Green County Detention Facility
4382 N. US Highway 277
San Angelo, TX 76905

(9 pages attached)

They did not give me Paper knowing... Please Excuse me

Dr. Todd & Fam. Son Austin of San Angelo TX Plus all of His Baseball team who I know; as

Dr. Slough and all of His Family do to have Lawsuits and are witness's all family Marleen.y. Marisol Constancio Brother having to take care of me with a gun while I - was in San Angelo, Tx. ;

* Your two 2 year of Status of limitations do not matter ♡ The same - Individuals Involved today through my life...

I take meds Also expect me to bust a blood vessel...

Complaint. Everytime, I play with myself - yes - it is kept to mind whom I think of and the Individuals in my business tell me who I think of / lady (out loud) through the Computer/Solar/ - satellite through the years ; Also, Juan Verquera's and wife/red hair lady did work (Estella) there from the SteakHouse to take care of me and I - did not know who she was out to be. for Reals. Marvial & Vangie - Husband did work there in Estella to take care of me & I did not know who he was out to be ; All of the names I am about to tell you are V. they are still in my business today from / when I did not know I was living in a bubble all of my life (in E-2 when I fired Brown Pipe's Supply I do not know they told me) until I started writting President Obama too Lil. Safety Brown in Estelle 2 also C.O. Crawford telling me Oprah Wimpry is her relative and the Triangle and Eye came out from a deep pause - me not knowing as mentioned above ; I do have Freedom of the Speech - I have been telling you for Decades with the first grievance in 1998-99 upon Steve Paxton / Henshaw spitting on me in - Dominguez Unit telling me he has a Corvette too - He had a different color at the time - I could not recognize him from San Angelo, Tx. Plus Lil. Safety Brown was there too - T.D.C.J. as witness - From there here are the names I have to **V.** Guaranteed...

I do have Mineral Right - I closed down every Oil field & Refinery's

I do have Martial Law -

Please **Read** in **Back** ...

V. Randy Swick (Terry Shaw. Morgan), Lil Federal John.
Jeff Duran - (Mack - Jim Bob - g - Rock) Durandy 409 Ave A. San Angelo TX
Gilbert Chapoy / ~~Morgan~~ SR. Moreno - (Judge of Corpis Christi TX) → where's the old type writter
Gilbert Chapoy JR. from San Angelo TX - did go to Lubbock TX Church Black
mother of Gilbert Chapoy JR — Estella 2 P.O. Box 99, Highland St. San Angelo TX to murder
- Bertha / Gloria Chapoy - Estella 2 I fired P.O. Box 99 | Black Judge
Melissa Solis - Estella 2 P.O. Box 99 ~~moth~~ months ago.
Her Husband Gilbert Solis. P.O. Box 99
Patty - mail Lady in (Colorado City TX through & Snyder TX plus nurse) - P.O. Box 99
Patty son Justin - P.O. Box 99
Patty daughter Ashley - P.O. Box 99
Pattys Husband David - P.O. Box 99
Stella Chapoy - (Sgt G.I Luna - Estella 2) - P.O. Box 99
Tom Hodges (Lt. Estella 2 & P. officer San Angelo TX) - P.O. Box 99 & All P.O. Box 99 are - Huntsville, TX.
Judge Penny Roberts - (Davis in Estella 2)
Steve Henshaw / Steve ~~and~~ McQueen Paxton - P.O. Box 99 & P.O. Box 99 Police Dept of San Angelo TX San Angelo Texas Police Department
~~mi~~ Judge Mike Brown. San Angelo TX
Judge Eddie Brown - San Angelo, TX
Mike Henshaw worked for Judge - San Angelo TX
Federal Murra - (Boone says he owns wind Turbins / which I own Wind Turbine & Dove Creek. Dodge - C.O. Murra in Estella 2) P.O. Box 99
Judge Barbara Walthers - P.O. Box 99 & San Angelo TX
Federal Castillo (Castillo Estella 2) P.O. Box 99
Federal Black Charles - (Town & Country & Estella 2) P.O. Box 99 all Horse Tracks
Federal / Corp. Monica - (Monica Luinski - Mona - Barbara of Town & Country) Judge in Huntsville TX too
- Veronica / Maryann Varquera - County Jail Inmate San Angelo TX P.O. Box 99 & Tom Green County Jail
Bob Barker - (Art Elkins of San Angelo TX) Price is Right
Rachel Elkin - (Estella 2) P.O. Box 99
Raul Villareal - (Seth - Estella 2) P.O. Box 99
Bernie Longoria SR. (Johnny Marquez & Judge of San Antonio TX) I fired ... P.O. Box 99
ETAL Tom Green County Jail / Wara Unit #819126 through ~~from~~ all ~~of~~ my life - Estella 2 - now -
1-9-22 now - Still Retaliating / Double Jeapordy
Shannon hospital baby monitor is still on ~~my~~ me since born - I fired all of above too. 1-9-22 ETAL...

ATEL
Continued ...

V. Joe Hunt is - was the worst one upon all of the above names mentioned and all of the above complaints ATEL.

Again in the back of page...

And V.

Sheriff
Joe Hunt -
is the worst one of them all among all of the above mentioned and He told me I own all of Corpus Christi & He told me - How much money he stole plus ... ATEL.

continued ETAL...

C.O. Jeff Washington (Estelle 2 & Penny Roberts son) Murderer. P.O. Box 99

C.O. Dagnon / ~~Conn~~ Conryn (Tom Hodges Mother & Judge I fired not real Judge) P.O. Box 99

Carter & Son (Estelle 2 & of San Angelo Tx) P.O. Box 99

Probation Officer 2 Josh Watson - San Angelo Tx

C.O. Williams (Black - brothers - Estelle 2) Probation

C.O. Wilkins - (Estelle 2) P.O. Box 99 P.O. Box 99

C.O. Thompson - (Snyder TX.) P.O. Box 99

All of Tom Hodges Brothers & Sisters of San Angelo, TX. P.O. Box 99

C.O. Caffey - daughter Tom SR. Hodges SR. is Squiggy in Laverne Shirley TX

Again Robert Bobby Martinez / Rodriguez - Snyder except wife & all of his children & relatives Smith Unit Lamesa, TX. P.O. Box 99

because of the fact still retaliating / Double Jeopardy today since born too 1-9-22

Debbie Liles - (T.D.C.J. & Tom Green County Jail) P.O. Box 99

Rhonda (T.D.C.J. & Tom Green County Jail) P.O. Box 99 Tom Green County Jail & Tom Green County Jail

Leslie Brookes (T.D.C.J. & Tom Green County Jail) P.O. Box 99 San Angelo Tom Green County Jail

Williams Carol - (Estelle 2 - Tom Green County Jail) P.O. Box 99

Cindy - (Estelle 2 - Tom Green County Jail) P.O. Box 99 - Tom Green County Jail Tom Green County Jail

Joe Gonzales - of San Angelo, TX. all of Ford - Iown in San Angelo Tx ~~Parole Office~~

Stella Chapoy / Sgt G.I Luna is Steve Henshaw / Paxtons girlfriend,

* Steve Henshaw / Paxton is Gilbert Chapoy / Moreno SR.'s boyfriend,

* Jeff Duran is Gilbert Chapoy / Moreno Sr. boyfriend

G.I. Alvarez / Frank - P.O. Box 99 when I was younger I did not ever know he lived across the street from me who / he raped Tanya mate)

C.O. Steve Holis (Estelle 2, P.O. Box 99 resides in San Angelo Tx & mother mayor of San Angelo Tx)

All of the Vonnericks - Wrestlers of San Angelo TX (related to Lil Federal John)

~~Lil. Pillwit~~

C.O. Suttons (Estelle 2 P.O. Box 99 reside in Sonora Tx)

I do write grievances not allowing me to Bond-out I did not have ~~a~~ Parole Violation which I am not suppose to be on Parole

ETAL

*COURTESY. SERVICE. PROTECTION*

**SHERIFF J. NICK HANNA** **MAJOR TODD ALLEN**

DATE: 1/05/2022

TO: **MONTEMAYOR, STEVEN SO# 40498**

CC:

FROM: LT. LEVI VANCE

Mr. Montemayor,

I am in receipt of your grievance from 12/26/2021. I have reviewed the information given.

I find no merit in your grievance as this issue is not a grievance but a complaint on the operation of the jail.

We are in compliance with all the Texas Commission on Jail Standards.

Guaranteed...

Lt. Levi Vance

Did I fire Everyone

Yes I fired Everyone

D.A. ETAL continued ... ETAL

Allison Palmer & Husband (Palmers Feed) Tom green County Courts

Randy Swicks Daughter Victoria (Vick of Estella 2 & now San Angelo Tx also Heaven) - P.O. Box 99 - Child Molester too

Mitchell - (Victoria Husband & Burks/white Betty's relative w/corp. monica — Builds Homes Relative too — Twins sister relative all relatives except wife

Robert Bobby Martinez/Rodriguez SR and all of his sons - Robert Bobby SR Martinez/Rodriguez did murder Freddie Deed Jr. mother will tell too/working Snyder TX Price Daniels Unit

D.A. Jason (Steve Henshaws/Paxton son) P.O. Box 99 Tom green Courts P.O. Box 99

D.A. Stephen - Tom green County Courts P.O. Box 99

D.A. Stuart. P.O. Box 99 - Tom green County Courts

Judge Gossett of San Angelo Tx & all of His family fired & He follows me from state of Indiana

Judge Sutton - Tom green County Courts P.O. Box 99 Tom green County Courts

J. Myers Drug - San Angelo Texas

• The Judge who sentenced me # 2024386 is in San Angelo TX Courts

Rick Dehoyos - San Angelo TX Courts - also Rizzo of Chicago Cubs bassball player

Father & Son - Gia & Hums - San Angelo TX.

All of the Talavarez's Family except mother San Angelo Tx

Roy Martinez & Both sisters - San Angelo Tx City Hall Keith Wiley & Keliegh Sukora will tell me

Bondsman Jenkins - San Angelo TX

Carlos Martinez Sr & Son Gabriel Martinez. I fired/I own Chevorlet Cars San Angelo Tx

Max Guerrero SR. - San Angelo TX - by Bradford Elementary

Oscar Robles - (His friend Dominique of Dallas Tx - move too from San Angelo Tx) San Angelo TX

Greg Garivay - San Angelo Tx

All of the Durans family - San Angelo TX

~~Bernie Longoria Jr.~~ sm.

~~Eric Longoria~~ sm. my bad

C.O. Gongora (Estelle 2) P.O. Box 99 San Angelo tx

names not attached all Snitches Fed Informants Authority & Courts I fired too

D.P.S. Denny Nunez Resides - San Angelo TX since born - baby monitor is still on me Shannon Hospital go.

Police officer - ETAL Tom green County Jail Ware Unit through all my life Estella

-Rios San Angelo TX Still retaliating - Double Jeopardy I do own too

Bebo - Liza Verquenas Husband San Angelo TX

Bebo relative Police Officer now San Angelo TX I fired all of above too. 1-9-22 ETAL..

custody of Plaintiff requires to allow it to access a prisoner's inmate trust fund account, to collect funds from the account, and to pay those funds to the Clerk of the District Court.

**Failure to file the required documents will result in a denial of *in forma pauperis* status and a dismissal of Plaintiff's complaint for want of prosecution without further notice, unless the filing fee of $402.00 is timely paid.**

The Court further finds that:

(1) Service of process shall be withheld pending judicial screening pursuant to 28 U.S.C. § 1915(e)(2).

(2) No amendments or supplements to the complaint shall be filed without prior Court approval. A complete amended complaint shall be attached to any motion to amend.

(3) All discovery in this case is stayed until an answer is filed or until further order.

(4) No motions for appointment of counsel shall be filed until the Court has completed its screening pursuant to 28 U.S.C. § 1915(e)(2), which may include a hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), or such other proceedings deemed appropriate by the Court.

(5) Plaintiff shall promptly notify the Court of any change of address by filing a written notice of change of address with the Clerk. Failure to file such notice may result in this case being dismissed for want of prosecution.

SO ORDERED.

The Clerk shall mail an Application to Proceed *in Forma Pauperis* and a Certificate of Inmate Trust Account and Authorization along with a copy of this Order.

Dated January 4, 2022.

SAM R. CUMMINGS
Senior United States District Judge

ETAL

Continued ...

Gilbert Chapoy/Moreno Sr - Child Molestor
Tom Hodges - Child Molestor
Randy Swick - Child Molestor
Jeff Duran - Child Molestor
Federal Lil John - Child Molestor
Tim Hunt - Child Molestor
~~Mike Vega - Child Molestor~~ ~~sloughs little sister~~
Estelle 2 G.I. Alvarez/Frank - Child Molestor
multiple X times Robert Bobby Martinez/Rodriguez Sr. Child Molester
Steve Henshaw/Paxton Child Molestor

ETAL.

continued ... ETAL His Rapes women - Prostitution Ring Sr Sales Rape pills called Roofies & Snitches
Larry Hogede - Albertson grocery - San Angelo tx
Joe Perez Sr. - San Angelo TX Rapes women - Sales Rape pills
C.O. Ramos (Estelle 2 & San Angelo Tx) P.O. Box 99 all of above Rapes women & Prostitution Ring Roofies
C.O. Ramos. (Price Daniels Unit Snyder Tx) P.O. Box 99 & Snitches for Randy Swick
C.O. Clark (Black. Estelle 2) - P.O. Box 99
G.I Clark (Estelle 2) P.O. Box
C.O. (murphy) P.O. Box 99
~~C.O. (Catt~~
C.O. Murray - P.O. Box 99
C/O. Murry - P.O. Box 99
C.O. Morales (Luis) - P.O. Box 99
~~C.O. M.~~ Federal Russell - P.O. Box 99 - Midland, TX
Murrow (Real Estate) - P.O. Box 99 - San Angelo Tx.
C.O. Miller (white - Federal Craig Miller) . P.O. Box 99 . murdered Anita Miller
Mike Vega (C.O. in Estelle 2) P.O. Box 99
David Hugh - San Angelo tx & P.O. Box 99
Joe Gomez - P.O. Box 99 & San Angelo Tx

* Gilbert Chapoy Sr Moreno dad Child molest Kaylee Chapoy my niece

* Anyone who has any Lawsuits I have to be there - These Individuals are dirty ; I know all whom has one.

Billy Lopez - (Hilado) - San Angelo tx city
• Probation Officer - (who is Related to Jeff Duran & Randy Swick I fired and Durandy San Angelo Texas says he owns Nike Swoosh of San Angelo Texas and I do)
* I fired Tim Hunt - (Assistant Warden Estelle 2) P.O. Box 99 (His Parents say → they own Coca Cola)
C.O. Sanders (Estelle 2) P.O. Box 99 & San Angelo TX
C.O. Jacobs - (Estelle 2) P.O. Box 99 & San Angelo TX
C.O. Smith (white) - (Estelle 2 also Tim Hunts daughter)
C.O. Smith. (Black) - (Estelle 2) & (of Indiana) P.O. Box 99
C.O. Cagnon (Conryn) - (Estelle 2) P.O. Box 99 P.O. Box 99
C.O. Underwood - Eric (Police Officer) - Estelle 2 - San Angelo tx Snyder Tx & resides San Angelo tx
C.O. Mark - (Penny Roberts Relative also Tim Hunts son) P.O. Box 99 P.O. Box
& all of Judge Penny Roberts Relatives She will tell and Her fam will tell names ...

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | | |
|---|---|---|
| STEVE MONTEMAYOR,<br>Institutional ID No. 40498<br><br>Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-076-C |
| TOM GREEN COUNTY DETENTION<br>FACILITY, *et al.*,<br><br>Defendants. | § | |

**FILING FEE DEFICIENCY ORDER**

Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983; however, he did not pay the filing fee or file an application to proceed *in forma pauperis* together with a certified copy of his inmate trust account.

The Court finds that Plaintiff should, within twenty (20) days from the date of this Order, pay the filing fee of $402.00[1] or file with the Clerk the following:

[ X ] A signed Application to Proceed *in Forma Pauperis*;

[ X ] A **certified** copy of his inmate trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of his complaint, certified by one of the officers at the institution where Plaintiff is incarcerated;

[ X ] A signed copy of the AUTHORIZATION portion of the Certificate of Inmate Trust Account or a signed copy of any consent form or authorization that the institution having

[1] Where a prisoner plaintiff has been granted leave to proceed *in forma pauperis*, a $350 filing fee will be deducted from the prisoner's account. *See* District Court Miscellaneous Fee Schedule. If the prisoner plaintiff has not been granted leave to proceed *in forma pauperis*, he must pay the $350 fee plus a $52 administrative fee, resulting in a total filing fee of $402. *See id.*

ETAL Continued... ETAL (From Indiana)

Detective State of-

- The Security Room of Shannon Hospital who followed me from Indiana in the 90's hiding from me and His relative who works Johnson-Funeral Home. I fired too Robert Bobby Martinez SR/Rodriguez SR hired
- A$U old Principle Hispanic I fired - which Robert Bobby Martinez/Rodriguez SR hired so Robert can watch the ladies shower underground - & watch Lake View Ladies shower too - I fired
- All of the Witchcraft in T.D.C.J. worked while I was there Virginia & ...
- A$U Pshyc Doctors who Robert Bobby Martinez/Rodriguez SR. hired - I fired too
- The Marine Recruitter in Sunset Mall/Hispanic I fired
- The San Angelo Housing Authority Man/Hispanic who wanted Liza-Vazquez - I fired too Robert Bobby Martinez/Rodriguez SR (Pastor minister) had working.
- The Church in the back of Israel Cajas - The Man - who is not married to the lady - I fired he also is a Child Molester on Tanya Mata
- Onyx on Ave. N./Avenue N who built Tom Green County Jail I am sueing which is Gilbert Chapoy SR./Moreno SR White Betty/Burke - I had kicked out of El Paso Tx. She told everyone she can burpe Steve Montemayors heart and gave me a minor stroke - through Computer - Solar White Collar & Hate Crime Lawsuits & ... Satellite;

ETAL... my lil. brother Arthur Constancio Torres JR did not have Colon Cancer & Judge Gossett who I fired Judge said He was a - Doctor and cut my Lil. brother open to play with his insides and to hear him/Arthur squill/yell and they do have a - Recording of my Lil. Brother/Arthur and they play it all of the time towards me to listen and they tell me - what am I you/Steve going to do about it while I am Incarcerated - I do have Witness's

Plus I do have Quantemleep Lawsuits

ETAL

*COURTESY, SERVICE, PROTECTION*

**SHERIFF J. NICK HANNA** **MAJOR TODD ALLEN**

DATE: 1/05/2022

TO: **MONTEMAYOR, STEVEN SO# 40498**

CC:

FROM: LT. LEVI VANCE

Mr. Montemayor,

I am in receipt of your grievance that was dated 12/29/2021. I have reviewed the information given.

I find no merit in your grievance as this issue is not a grievance but a complaint on the operation of the jail.

We are in compliance with all the Texas Commission on Jail Standards.

Lt. Levi Vance

ETAL Continued ... ETAL

These Individuals who I fired (all) had to give their checks in T.D.C.J. as Employees and Society as Employees - so they would not have to go to prison; They are all Inmates; And, (Please excuse me) while I play with myself & think of the ladies - they tell me who I think of at mind - through the Computer - Solar - Satellite and I do have Witness's; Plus I do have Lawsuits on Sexual Harressing, Date Rape, & - Prostitution Ring; V. No, Randy Swick I do not want to be with your daughter Victoria who started all of the Computer. Solar. Satellite which The Country Russia calls it Cyber and you are all Cyber Bullies and Remember - C.O. Vick/Victoria was always in the Wardens House in Estelle 2 - Huntsville, Tx. playing with her - Computer - in the Wardens Control Room - there is volume which is solar

When you feel solar by the light asleep - there's gravity

Control Room - Control Room - Control Room Computer - Computer - Computer; Sgt. Bob knows of everything & other - Witness's - DJ.s while I was in Estelle 2 Caperucita, Rub & Ryan, The Buzz, The Magic, & others plus Country stations

towards society when I would say Steve mo my last name it will change up too morales & It all changes up or Luis Morales no good

*COURTESY, SERVICE, PROTECTION*



**SHERIFF J. NICK HANNA**                                    **MAJOR TODD ALLEN**

DATE:      1/03/2022

TO:        **MONTEMAYOR, STEVEN SO# 40498**

CC:

FROM:      LT. LEVI VANCE

Mr. Montemayor,

      I am in receipt of your grievance from 12/22/2021. I have reviewed the information given.

I find no merit in your grievance as this issue is not a grievance but a complaint on the operation of the jail.

We are in compliance with all the Texas Commission on Jail Standards.

Lt. Levi Vance

Tom green County did not allow me to - Bond-out upon date 10-29-21 Rhonda - I wrote again as before in 2014 - I do have a grievance on her in Tom green County Jail 2014 and Recieved a letter upon President Obama - all of my - Constitutional Rights are being Discriminated and I do Thank the State of California which will be first after China garden and their Doctors plus other Orientals - 19 th Constitutional Right plus White Collar Lawsuits & Hate crime too Discriminated - I have been told only white people can kill and have their Lawsuits in Texas by Judge -I fired- Penny Roberts & Federal Murre their father is President Bush - Again-Thank-You State of California & Then State of Indiana & other States plus Countries too have Lawsuits will be there ... I do have Lawsuits on Mortgages money; land, took business's building and vehicles gold bars, all jewelry, plus and names - Eric Underwood, Brigett & sisters - all of Penny Roberts children Mike Vega, ETAL Jeff Duran, Gracie Lopez Mark, garcia, garcie Orlando Cardenas, Judge Penny Roberts, Melvin grey, Gilbert Chapey Sr Moreno all of the above name on other pages

*COURTESY. SERVICE. PROTECTION*

**SHERIFF J. NICK HANNA** **MAJOR TODD ALLEN**

DATE: 10/29/2021

TO: **MONTEMAYOR, STEVEN SO#40498**

CC:

FROM: LT. LEVI VANCE

Mr. Montemayor,

I am in receipt of your grievance from 10/25/2021. I have reviewed the information given.

I find no merit in your grievance as this issue is not a grievance but a complaint on the operation of the jail.

We are in compliance with all the Texas Commission on Jail Standards.

Lt. Levi Vance

Everyone knows -
I am the Computer,
Im better than Bill Gates,
I'm the Computer Love...

ATEL
Continued...

The Commercial with Bradshaw - Football Pet Player - ALL Times is an excuse with the gentleman on a wheelchair having a device around his head not able to speak - the computer speaks for him as an excuse ~~to~~ because of the fact my Civil & Federal Lawsuits... I only did not know I was living in a bubble all of my life I am the little boy you did not allow to live my life until I found out by writting President Obama & MRS. Oprah Wimpry & MR. knows in Estelle 2 Huntsville Tx - it all came out - Computer - Solar - Satellite and now you all know upon the Triangle and Eye which I will be the only one who can turn off - I only can feel your movements now hear you - there was a big pause to where I could not hear nor detect your movements by me learning and all as mentioned Plus MRS. Oprah did cry upon Movie Color of Purple ~~for~~ because of my life - I am the little boy you do not allow to live my/his life; There is a true story upon the Yorona which everyone around the world

Read Back

heard the story - upon my life - which I fired is Penny Robertson the River of Concho in San Angelo Tx who is always against me and does not have her G.E.D./Diploma plus Federal Murra - is the main one who places horse meat to everyone the story upon the half man & half horse in my life which I will have stopped and the world knows upon the story too; This is why there's a Steve Montemayor Law upon all Satellite come down - I own Nasa and all Computer/Solar/Satellite turned off through Shannon Hospital where it all started with Barbara - Bush of San Angelo, Tx -, there's alot of Technology under Shannon Hospital - again - I own Shannon Hospital from St. Johns Hospital & the man/Doctor who Steve Henshaw/Paxton calls dad - is not a real Doctor - He broke my virtibre to my - brain when I was born also will recieve charges upon my Lawsuits - He has admitted too and He/Doctor will tell me what more I own

Elvis Montemayor SR - my father was killed by whom I will be taking to Civil & Federal Courts

I could not hold my head up as a new born

• Now it's all about my ~~Money~~ Money ETAL City of Montemayor - I am the King of Montemayor Country Spain

is on P.C. Steve Henshew does heve Wersuit Protective Custody ~~through~~ through

Continued Computer/Soler/Setellite... ETAL... Agein upon Com/Sol/Set... the Business Downtown San Angelo Tx by Corp/Federel Monica of Tom Green County - San Angelo, TX. with her devices to read an Individual Vision from distance to distance - I closed down - making me go crazy too while I - Reminisce in T.D.C.J. she is playing with my vision/mind telling me the exact street to lady I am thinking of while I pley with myself and she is elweys on Ice Drugs meking me go crazy - I take a Tegretol & a ~~sleep~~ Sleeping Pill to go to sleep - The Doctor Tara from the Screen of Austin Texas asked me how are my Lawsuits going along do I need sleeping pills I said yes and the Tegretols are/two pills for Cancer which Solar pertain to Cancer and all of the above I mentioned on the Complaint.

He is Steve Henshew Boy friend Again David Copperfield is going Bankrupt from Indiana studying while I was there & sent Mike Tyson to Prison too.

And - since I fired all of the Federal, C.I.A., Secret-Services and all of the above the Individuals who were deceased in your life are not deceased...

Your Families will come back to you

once was the Leader KKK

... Ralph Hines who I fired as Parole told me He has every name as KKK and every name as Authority KKK in the Nation & elsewhere for me in Court ... Only forms;

I'm the Zillionaire on the table - Lawsuits - Federal and under every Wells Fargo Bank and every State Capitol I do have much more money ~~than~~ / then Zillions with Witness's ...

I also have the amount Individuals took from me and my Court/Lawsuit

will be closed - no one else will be there to - listen to anybody I have on Stand

(9 pages attached)

ETAL

my grandma Anita would say - gracias A Dios.

At el Witnesses and lawsuits after me
sep. from families ...

• Country: England Queen Elizabeth.
Judge Acale .y. family sep
Judge S/Cerna .y. family sep
Eric Sanchez -y. family sep.
Probation Manny of the 90's .y. fam. sep.
Sheriff Deputy Eddie .y. family sep.
Sunset Mall Security Hernandez
& old man help about to retire after paying - Sunset Mall
Dr. Williams - Therapist
and the Ladies who were there attending.
Fired Judge Penny Roberts killed princess Diane England Country

Venesse Meeks my little cousins plus the cheerleader she hung out with in school
Hispanic - she works Courts.
Shannon Hospital
Lupe Cortez .y. Family
Town - My Petterson U.T.I. Boss's & Crew
All of the Children do their homework & recordings too all fam sep

• Supreme Court - Judge Sotomayor of the State of - Washington D.C. •
which I fired all of Bushs, Clintons, and Trumps Judges too;
I own all of Madison Square Garden.
• Suttons of Sonora Tx. I - fired in Estelle & will tell on them too & All of Dallas Cowboys will be - I own

nephew niece Cameron .y. Scarlet after me sep. too - Madi
Shawn Torres Meagan Roommate will be there too •
Amarillo Tx. Ashley

• Reese Albert Construction
~~Cross~~ • Tutee & Alonzo Porres family all members sep. - Texas
• I own San Antonio Spurs
all fam. sep - families too sep. Bro In Laws Etal daughters & Sasha/Bro.
Sally Fields .y. fam all sep.

~~Here~~ ~~Except~~ ~~Gypsy Jones~~ ~~Family~~ ~~they go to prison~~;

Makies Family all w/ Seldon Sep. / Demi Moore y. family sep.

Olivia Newton John sep. all fam. / All Stars of T.V. Taxi - The Show

Shania Twain - y. familia all sep.

Miranda Lambert y. fam. all sep.

Miranda Constancio y. fam. all sep.

Paul Constancio y. fam. all sep.

Ramiro Constancio y. fam. all sep.

Ruben Montemayor sr. y. familia all sep.

All Montemayor Fam. all sep.

Houston DJ's Ruiz Ryan Caparucita Buzz Magic & all Country Stations

across from 25th Street - Steve, Stacy & Brian plus Parents

Dalina Delgados Doctor too

President Reagan y. family all sep.

• President Obama w/ Doctor and Family all sep.

• All of R&B / Rappers of TX also

• President Biden w/ Doctor and Family all sep

you are suppose to watch over me not act ugly to me

when I find out and all of my Employees no matter what Race you will be - Wealthy w/ sep. all families you have

• Arnold Swarzenegar & fam. all sep with wifes family sep. J.F.K. again Back to the 70's Show all T.V. Host/Stars y. families all sep

song you don't know me — T.I. and all fam. seperate

song Bakers Field Dwight Yokom - and all family sep.

• EPM - Danny y. Lucy Nunez

all Family sep. • Oscar Andy y. Josie Anderson

niece Madi plus fam. all / All of my families in Mexico

& Sebastian plus fam. all / and in Spain de Todos

nephiew & J. plus fam. all — I love you... ETAL

Witness • Lawsuits after me • • separate from fam. ATEL

first will All families without their Countries come... loved ones - still alive

- Brooks n Dunn Snoop Dog y fam. y. Tony Braxton sep
- Attorney Paul Parker only/him & son
- Attorney Amy Harrington - only you/her y fam
- Attorney Colosky Rose you/her

Bird men all crew

Ron Houston oilers → Terry Puente y fam. sep.

State of Indiana Donald Sloany fam. sep

Earl Cambell all of — Joeys Bro of Snyder Tx Dog Kettle Colier - Stone family sep. all w/ Doctors

Warren Moon Pierceton TX Debbie Danner only Wolf

Tampa Bay Quarterback Tom Brady MR. Fred Delacruz all fam sep MR. Thomas - Anna

Miami Heat - Shaq, Wade

Murray of Jason, killed Jeff Duren on board Kobe all Bryant sep & Families

Stella Hernandez all fam sep

Dick Police Officer y family.

Ann Kline y. familie of South Whitley

- Mr. also of Pierceton Vero's old Boyfriend Bobby y. TX mom

Lebron all y fam Allen Earl y. fam. sep. all

Dan Merino Miami Dolphins Jimmie Gugier of San Angelo, TX

Denny White Lerry Toles Realtor - Ralpha y. fam. sep. all

Dallas - Town Cowboys fall of the Quarterbacks movie star

Other Countries, States, and Cities plus Towns of Texas.

Jenifer Aniston All • College Comittees, through school All San Angelo TX School

Jenifer Lopez R&B Artist

- School Comittees, of my teachers Administration
- Church Comittees,
- Hospital Comittees, • Patrick Ewing - fonzi

Michael Air Jordan y. family sep & fam Kemp of San Angelo TX

Todd, Slough, Steak, all over • Arthur Fonzarili

- Doctors, San Antonio TX, New York Da's New York sep y. families Indiana, California Dr.

Doctors overrule Courts ATEL

Paul - Houston Rockets

- Doctors overrule Courts • • •

Basketball Player Tom & Jerry Delgado y. Family sep. all fam

At EL ● will come after these names then State of California – seperate from family's from each other
first will come –
on Lawsuits & Witness
Lincoln-Coachs Brown MR. Gillis - Coach Hall & Mr. Todd and Large. High Coaches I attend
Only the Lubbock Texas Federal Court
Judge Wife - Oriental Lady
China Garden-y. family w/Doctor
Bamboo Garden-y. family w/Doctor
MRS Princess Hair Salon only y. family
Peter Coxon - Warren Coxon - Daphanie - Coxon y. family | Oriental Restraunt next to Walgreens - Sherwood way
Ichiban y. family Alex too
Phillip I went to school
Owner of Super 8 - Cross Keys - other business
El Patio & fam. other business's they do
Lodge Hotel y. familie other business's
Shell Station x3 y. family
Motels Chadbourne St. back then y. fam.
China Star y. family w/Doctor
Bubo Kitchen w/Doctor sep. from son
Kathy Conner w/Doctor. y. fam. all
Hairstylist Tex y. Family w/ Doctor & Jacob grand son
Jack n Jill on Sherwoodway
The Restraunt where Pecos use to be
Chins Restraunt God-movie George Burns
Dragonliscious
Above Bubbas Restraunt - Country
Bubbas Restraunt
The Kitchen of Sherwoodway again all of – Amarillo, TX ETAL
Oriental. Food Line in Sunset mall

Owners of Hotel Houses all Lc. San Angelo, TX.
after me Zuniges Mickey all of their sep/fams.
owner
owner
Pearls Ice House
after me sep Indiana Tammy Benji 3 fam.
26th St. Maggie Belinda Sister y. Daughter
sep all San Angelo TX
Terry-Kathy Michelle Michael & Parents Munoz fam.

At El Through Comp/Sell Satellite; After me - Seperate Lawsuits - from fami - from one another ... Witness's

Greek y. Lorraine Lopez Parents too ● Phillip Morrison owner Malboro Cig. + Newport (Lubbock, TX)

● Lee Lewis Construction now

use to be San Angelo Rick Brooks y. familia of Huntsville TX.

of San Angelo Vicky y. familia which worked with (Ricky

● Secutery of Peterson UTI Snyder (wife) TX

owner of Albertsons Deputy Sheriff & Husband

● Debbie Wilson & family - San Angelo TX

sep family Hispanic Restraunt ● Restraunt Josie of Lubbock TX

Restraunt of Kaddie Corner of Bus Station

all — The Madrids of Lubbock TX

Corner Restraunt The Best Caldo You Can eat Lubbock TX

● Magic Detail - same owner - of 2002

2001 - Billy Meeks The Lefty Golf & familia of San Angelo TX all

all - Pablo Gonzales of Plainview TX

Detective Lopez I fired out of Formby

Walmart (Plainview TX) All of my Employees of Distributor Lubbock TX

Sheriff of Lubbock TX.

● Black Chief of Police of Lubbock TX

Desperado Night — David & Sergio My Bouncers of club.

● Paula Deanda - R&B Artist of San Angelo

● Lonely Boys y family of San Angelo TX.

where I sold my jumping castle ● Kaddie Corner in the Back Church

I had — ● Black Parole officer of Lubbock TX

all employees sep when I was there ● Black Bar Downtown - Buddie Holly

familia - ● Black Lady Cashier store I know

Debra Lombreno y. family ● Black Juice y. family

all sep - ● Ruben of Dominoes y. familia all

all Fam. sep Maryann Vasquez y. Maryann Rios At El...

ATEL Unit Price Dale's girlfriend worked Snyder TX

Lawsuits after me - and separate from - one another ... Mr.

All who worked with Madrid of Control Room and Big Lake, TX: y fam. & girlfri snyder TX

Hometown Boys of Lubbock, TX y familia

San Angelo Texas familia e-2 (sep all

Esperanza Clinic - Nurse Jail (Prison I've been lock up - Josie) all Chaplins & white Nurse Cameron

Estelle 2 · Nurse Sloan y Lt. Josie wife

Quarterback Russell & Ciera sep all familias

Mari Perez y familia sep all of San Antonio TX

also of San Angelo Police Officer I filed Jose's familia & San Angelo TX

all of fam Cristina y Cynthia of Sonora TX / and all of Sonora TX. & Lamesa TX Courts

Lamesa TX Jail · Amy Montemayor y familia all w/ Ray

Lamesa TX My granny's sister Nurse Smith Unit

Ray Montemayor's Mother Nurse Smith Unit

too Witnesses w/ Lawsuits while I was there 2019 [Formby-2002 Fam/all - Lawsuits sep] Carranza, · Lil Safety Brown y familia, Estelle lady Silva of Smith Unit & Montford Unit,

e-2 C.O. Butler, C.O. Ross, ~~C.O.~~ & younger Ross,

C.O. Kevin, C.O. Hawkins, C.O. James - & younger James

C.O. Green, C.O. Jackie Allen / Wilson, C.O. - sister of Derek's / Steen, C.O. Peterson, C.O. Lorraine, C.O. Jackson

El Paso TX Bustos Family sep all Lt. Jones - Leonard Allen, St. Smith - Black, C.O. ~~Bradley~~ Smith

C.O. Collins, C.O. Black Richard,

Colorado City, TX in 2008 C.O. Guzman, C.O. -

Gemboss All Fam sep. Big Spring TX Lil Martinez, & C.O. Alvarado / Alvarado,

& C.O. Guzman now Lt of TDCJ,

E-2 White Walker Family of Huntsville TX

sep. Lawsuits too Pork Farm of Huntsville TX Henderson's

father, Eric Dumas, Kevin Dumas, Dron Dumas, & sister ATEL

ATEL afirme - seperate Lawsuits after one sep. all families
Jimmy Gonzalez
Sueltan / Mahem
sep all fam / Suger Ray Leonard
Selina 1 fam all seperate
Jenifer Lopez
Jenifer Pena
Prenesa Pena
sep. Emilio Navena y. fam. all
Kardashians seperate
w doctor Laura
Krisjenner & Jenners seperate
Herrera all sep.
All of Tejano Artist seperate
Jay Z - Byonce seperate
& Philip
Rita Ora
Angie galvan all fam.
steve
Ninel Conde
Mike Tyson sep.
wife & Johnny Canales fam. all
Iggy
Opreh Wimpry
Mister P
sep all fam / Elida y Events band sep
Michelle Obama
Venille Ice
sep. all fam / Shelly Lares
Woopy Goldberg
sep. all fam / Gery Hobbs
Carey Champion & Black lady & white men
sep. all fam / Ram Herrera
Ronstadt
Maria Carey
sep. all fam / Linda Rhonstad
all family Williams Sisters sep. Tennis
sep. all fam / Sonya Vergera
all fam Floyd Meywether sep
sep all fam / Gloria Estefan
all fam Envogue all (4) sep
Alicia Villereal y. Fam. sep.
sep all fam / Penelope Cruz
all fam / Selen Pepe sep
sep all fam / Selma Hayek
sep all fam / State of D.C. Intelligence sep all fam / Anna Kornikova
ESPN Mex Molly, Steven sep
sep all fam / Jessica Alba
fam sep all Birdman
Dennis y. Rolando Galindo y. fam. sep.
sep all fam Bobby Polido
fam sep all / Tony Braxton
sep all fam / Alma Polido
fam sep all / Juvenille ~~fam~~
sep all fam / Robert Polido
fam sep all / Manny ~~fam~~
sep all fam / Jessica Albe
from sep RBB Artist all actors
sep all fam / Selina Clementez Becky Periente
sep - Ridicoulousness
sep all fam / Selina mom w/ Freddi
sep Rick Trevino Country Artist All fam. my friend
sep fam all / Selinas Fam all
sep / Lisa Estrada y fam all w/ Bro & wife
all fam sep Vicente Fernandez differ
sep. Lizz Varquera y fam. all wives & children
sep. Emily Cortez y. fam. all ~~Jerry~~ ATEL ~~Sebastian~~
sep. Marivel Santillana y. fam. all ~~Jenifer Rivera~~

Mexican Juan Sebastian y. fam. sep. Jenifer Rivera all families sep.
all families seperate
Gloria y. Moreno (sep. Perez plus family)
all family LL Cool J
Shakira
Snoop Dog
Dr. Dre
Lil Boy
Beyoncé
Ice T
Lil Wayne
Warren G
Eminem
3W

Che Che - dancer from 70-80's

sep fam all / Kenny Chesney
all / George Strait
sep fam / Garth Brooks y. wife
sep all fam / George Jones
sep. fam all / Goldie Hawn & Husband
~~Anna Kourni~~ ARTHUR TORRES Junior
all sep fam / Jerry Lewis & wife
Save By the Bell
sep all fam / all of Country Artist
sep all fam / Bewitch out of Houston TX
All Television & Movie music
all fam sep.
All Sports & fam sep. church secretary and sister
all fam sep. * Petterson UTIX
sep all fam Lenny Kravitz & fam
all sep fam Jessica Simpson y fam
all sep fam Mickey Mouse Club
after ... only MRS. Ofelia Hogedr 1 Zillion Dollars
Downtown Fuentes - all fam sep.
all sep fam Meza's . son . sep.
Phile Eagles - Son & MRS. Carpenter of Ellis Unit Dr. Pshyc & fam.
children too all sep fam / Suzie Verquere y. Husband and all Verquera's y. wifes
mom too sep all fam / Marilsen y. husband (Sandy midland tx & Fam sep.)
Marisol y husband.
too MOM sis all sep fam / Marivel Torres y. John Torres
Bros all fam sep / Nengie y. Husband worked E-2
Chevy Chase all / sep plus children
Cindy Fernandez y fam
Father and Mother sep. all fam.

sep. all fam / Becky y daughter church too
Trisha Yearwood all / Sisters & Bros
sep fam / Jed & Shelly
sep all fam / Olivia Ibarra
sep all fam / Vickie Ibarra
sep all fam / MRS nicole
sep all fam / Nina Ibarra
sep all fam / Selly y Family
sep all fam / Lori Allejandro
sep fam all / Lori y husband
sep fam all / Cloe & famil
sep all / Jennifer y husband
Jennette
all fam sep Lester Cyliz & son
Amarillo
I will help Henry cure of AIDs
sep. view suits after ME

Chichi Rodriguez Lee Trevino sep all fam

Soap Opera all fam sep.

house all

And families Mezgen Torres and Roommate sep.

Witness's and Lawsuits after me - seperate all from one another - families all

...of my Childrens friends's

ETAL Brandy West Insurance y family
Jenifer Young y family
and Carol Burnett y family
Cindy Lauper y family
Echeverria and Husband - The Pit Owner
Joe Mendoza y family
Pilar & family
Carlos Fernandez y family
Cheke/Check you of San Angelo, TX y family
Sandra y Husband and family
Secutary - My Employees of Patterson UTI all — I own
Secutary - Multi-Chem of Ozona all who took care of me
Sanford & Son all Actors and Show T.V. cast
Gladis and all family Thank-you
ESPN - Daisy Fuentez
John & Debbie Friday
Chance and Mule all families
All Chappas - family
Erica Mendez
Jenifer Mendez
Fred & Lupe Bierra
Sylvia Bierra
Reuly Bierra
David Bierra
Tony Bierra
Tio y Tia Ace Paul Constancio y fam.
Sam y Lisa Torres - y all family sep.
• Kevin Hardt and family...

Joel • the Police I fired y family mom

* Kayla Chapoys all family seperate

David Goodfellow A.F.B. Family sep. all

Navy Mike Jr. Valencia - Jason

Nurse Torres y all family sep.

Everyone in San Angelo TX who is not in trouble another sep. from all

Reed Back

All Sandras from San Angelo TX

Mr. David y my Sergio Bouncers sep. all

children

All my Tio y Tias y family seperate all

Montemayor for their time too

Candice Catto / Catto y family sep.

Mike & Staff Davis

all of my sisters friends

Quarterback Coach of all times Laundry
Troy Aikman and family
& Coach of all times Jim Johnson all
Beck
Kaddie Corner of Cross Keys Church
Will Smith & Family Seperate from wife too
Will Burney 45th St.
Melissa Donaldson 45th St
Tara Farmer * Kenny Torres
Shea McClelan Tanya Torres and family
Leslie Parks Ray Torres y. family
She on my 2nd grade Girlfriend
Cenaiy Lionel Stevie Wonder All fam. sep.
Bonkers Richie y. family sep. All
Reynas all family y. children
Kaliegh & Pat Sukora y. family all children
Lil Sis. Bubba Loni Mills y. family all with Parents
Jason Davis
Holly - Playboy - Mate / Wife y family all
Emilio Garcia y. family with wife only
Celine Dion Deputy Black Sheriff Walthers y. fam. sep all Parents too
Miranda Lambert
Tweety Bird & all family w/ sister & bro
Nicole Kidman y. family all
Anna Kornakova y. family all
Ninel Conde y. family all
Vicente Fernandez family all
Joan Sebastian all family
Jenifer Rivera Steve Torres y. fam. all
All my Tia's Torres only Thank-You ETAL
All my Tias except Ramiro & Buddy Holly too ETAL

San Angelo TX Mr Holguin Tax Man Bell St.

* of Paris * nicole Ritchie Paris Hilton & friend

Left margin: All of my family in Rizo grandmas Mexico / cuna Mr. (in 2014 And I met Montemayor once there) · Josephine all fam. sep. · Carmen electra y. family all · Mrs. Pezk of Colorado City TX worked Snyder TX Price Daniels · All from Africa who worked Snyder TX Big Spring TX Hospital · Erica he's a twin Kathy's conn friend · Diane · Constancia's



ATEL
Steve Montemayor #2024386 I am a Federal Judge ATEL
4382 n. US Highway 277
San Angelo, Tx.
76905

Security Mrs. Donna
Clerk Rm. 202
United States District Court
Northern District of Texas
33 East Twohig Rm. 202
San Angelo, Texas 76903

"Intown"
Finished

RECEIVED
JAN 11 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Sent — 1-9-22

ETAL I did not add Orlando Vasquez Lawsuits after me Sheriff Deputies + Eddie Lover seperate Lawsuits from families - all And Mr. Hernandez who works for me I own Sunset Mall - Security and all of their families seperate. ETAL

ETAL once again All of the (Cousins) Delgado family and theirs y-Level seperate from one another. ETAL

**INDIGENT LEGAL USE ONLY**