IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| STEVE MONTEMAYOR,<br>Institutional ID No. 40498, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:22-CV-00007-BU |
| DIRECTOR, TDCJ-CID, *et al.*, | § § | |
| Defendants. | § § | |

# **JUDGMENT**

In accordance with the Order issued this same day, it is the judgment of this Court that Montemayor's claims are DISMISSED with prejudice under 28 U.S.C. §§ 1915(e) and 1915A for frivolousness and failure to state a claim.

ORDERED this 27th day of July, 2023.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE